# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Crim. No. 15-CR-00194-01/02-W-DW |
| v. | ) |
| | ) |
| KEVIN RAY WILSON, and | ) |
| KENNETH W. DOWELL, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation (Doc. 55) to deny Defendant Kevin Ray Wilson's Motion to Suppress (Doc. 27) and Defendant Kenneth W. Dowell's Motion to Suppress (Doc. 28). Defendant Dowell filed objections to the Report and Recommendation. See Doc. 57. After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 55). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES both Motions to Suppress (Docs. 27, 28).

IT IS SO ORDERED.


Date: June 9, 2016                               /s/ Dean Whipple
                                                Dean Whipple
                                                United States District Judge