IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 15-00194-01-CR-W-SRB |
| | ) | |
| KEVIN RAY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 10, 2015, the Grand Jury returned a one-count Indictment charging that on or about May 19, 2015, in Lafayette County, in the Western District of Missouri, the Defendants, KEVIN RAY WILSON and KENNETH W. DOWELL, did knowingly and intentionally combine, conspire, confederate and agree with each other and others, both known and unknown, to knowingly and intentionally distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
　　Government:  Alison Dunning and Courtney Pratten
　　Case Agent:   Martin Dye, Task Force officer with DEA
　　Defense: Stephen Patton

**OUTSTANDING MOTIONS**:  No outstanding motions.

**TRIAL WITNESSES**:
　　 Government:  8-9 with stipulations; 10 without stipulations
　　 Defendants:    1 witness, including the Defendant

**TRIAL EXHIBITS**
　　 Government:  approximately 70 exhibits
　　 Defendant:    no more than 15 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
   (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:  3 to 4 days total**
   Government's case including jury selection: _____ days
   Defense case:  1/2 day

**STIPULATIONS**:

**UNUSUAL QUESTIONS OF LAW:**  none

**FILING DEADLINES:**

   **Witness and Exhibit List**
      Government: (Second Proposed Witness List and Exhibit List filed 2/26/18)
      **Updated list due on or before October 16, 2018.**
      Defense:  **Due on or before October 16, 2018.**

   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, October 24, 2018.**

   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motion in Limine:** One or both parties is/are considering a motion in limine regarding co-defendant and prior convictions.  **Motions in Limine due on or before October 24, 2018.**

**TRIAL SETTING**: Criminal jury trial docket set for October 29, 2018.

   **Please note:** Prefer first week of docket.

**IT IS SO ORDERED.**

                                                      */s/ Lajuana M. Counts*
                                                      Lajuana M. Counts
                                                      United States Magistrate Judge